JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>US BANK N.A., BANK OF AMERICA N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTE FOR WMALT 2006, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AND DOES 1-20 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00886-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 18, 2013

                                VIRGINIA A. PHILLIPS
                        United States District Judge